# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-1975
LT Case No. 2024-CF-004998-A
_____

MARY ELIZABETH DAUBER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Robert William Hodges, Judge.

Matthew J. Metz, Public Defender, and Jacqueline Rae Brandt, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen R. Putnam Jr, Assistant Attorney General, Daytona Beach, for Appellee.

March 24, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____